IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY L. WISECARVER,

     Plaintiff,                    No. CIV S-05-01957 PAN

     vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

     Defendant.                ORDER

          On December 13, 2006, plaintiff filed a motion for attorney's fees under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412. As this motion was prematurely filed prior to a final judgment in this case, the court has held it in abeyance pending expiration of defendant's time to appeal. See 28 U.S.C. § 2412(d)(1)(A)("A party seeking an award of fees and other expenses shall, within 30 days of final judgment in the action, submit to the court an application for fees and other expenses[.]") On January 19, 2007, the 60-day appeal period passed without any action from the defendant. Fed.R.Civ.P. 4(a)(1)(B). As a result, the judgment in this case is final and an application for fees under the EAJA is proper. Shalala v. Schaefer, 509 U.S. 292, 301-302, 113 S.Ct. 2625, 2632, 125 L.Ed.2d 239 (1993).

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's December 13, 2006, motion for attorney's fees under the EAJA is deemed filed on January 20, 2007. If there are objections to plaintiff's application for an award of fees in the amount of $7,355.80, the defendant shall respond within 20 days of this order.

DATED: January 24, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

13
Wisecarver.1957.mot.eot.406.ss.wpd